Hugo N. Gerstl, CSB 37927
Hugo N. Gerstl, Inc.
2460 Garden Road, Suite C
Monterey, CA 93940
Telephone: 831-649-0669
Facsimile: 831-649-8007
Email: Hugo@gerstllaw.com
Attorneys for Plaintiff MELINDA PEREIRA

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Baldwin J. Lee, Bar No. 187413
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
Email: blee@allenmatkins.com
Attorneys for Defendant WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE SESSIONS

| | | |
|---|---|---|
| MELINDA ROSE PEREIRA, Plaintiff, Vs, WELLS FARGO BANK, N.A. Defendant | | CASE NO. 5:19-cv-00181<br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action. Acting through counsel, and pursuant to FRCP 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims (there are no counterclaims) stated herein by each of them, with each party to bear her or its own attorneys' fees and costs.

Dared: March 2, 2020

_____
HUGO N. GERSTL, Attorney for Plaintiff MELINDA PEREIRA

_____
BALDWIN J. LEE, Attorney for Defendant WELLS FARGO BANK

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties is hereby dismissed with prejudice.

Dated: _____March 11_____, 2020

_____
Hon. Susan van Keulen
United States Magistrate Judge